No. 98–728. DRILTECH, INC. v. REEDRILL CORP. C. A. Fed. Cir. Certiorari denied.

No. 98–738. TENNISON ET AL. v. PAULUS ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–743. TURNER v. BANK ONE, LEXINGTON, N. A., ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–749. MORGAN v. COHEN, SECRETARY OF DEFENSE. C. A. 3d Cir. Certiorari denied.

No. 98–754. NYE v. SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 98–763. GUNDACKER ET AL. v. UNISYS CORP. C. A. 8th Cir. Certiorari denied.

No. 98–769. SIMMONS v. WETHERALL ET AL. Sup. Ct. Conn. Certiorari denied.

No. 98–770. BROADMAN, JUDGE, SUPERIOR COURT FOR TULARE COUNTY v. CALIFORNIA COMMISSION ON JUDICIAL PERFORMANCE. Sup. Ct. Cal. Certiorari denied.

No. 98–772. FOSS v. FOSS. C. A. 9th Cir. Certiorari denied.

No. 98–781. PETERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–792. TROST v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–800. TRAIL ENTERPRISES, INC., DBA WILSON OIL CO. v. CITY OF HOUSTON. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 98–803. BEATY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–805. WYMAN-GORDON FORGINGS, INC., ET AL. v. McCORKLE, JUDGE, DISTRICT COURT OF HARRIS COUNTY, TEXAS, ET AL. Sup. Ct. Tex. Certiorari denied.